UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __6:13-MJ-108 MJS__

U.S.A.
v.

PATRICK THOMAS CALLIS

AMENDED JUDGMENT AND ORDER TO PAY

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __1,430.00__          (✓) **Penalty ASSESSMENT** of $ __20.00__

( ) **PROCESSING Fee** of $ _____          for a **TOTAL AMOUNT** of $ __1,450.00__,

paid within __11 months__ days / months  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms and conditions: Obey all laws; pay fine as ordered; attend and complete CADMV DUI First Offenders Program and file proof with the Court; and report any new law violations to the Court through counsel.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | | |
|---|---|---|
| [ ] CENTRAL VIOLATIONS BUREAU<br>P.O. Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982 | [ ] CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | [✓] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __6/17/2014__          __/s/ MICHAEL J. SENG__

U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007