Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK THOMAS CALLIS,<br><br>Defendant. | DOCKET NO. 6:13-mj-108-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, AND REQUEST TO VACATE PROBATION HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

     Defendant, Patrick Thomas CALLIS, was arrested October 20, 2013, in Yosemite National Park and charged with six counts in a complaint: Count 1: DUI, Count 2: DUI >.08, Count 3: possession of open container in vehicle, Count 4: possession of a controlled substance (marijuana), Count 5: misappropriation of property, and Count 6: possession of stolen property. CALLIS plead guilty November 20, 2013, to Count 2 and Count 3. CALLIS was sentenced to pay a fine of $1,450, complete the DMV First Time Offenders Course and 12 months of unsupervised probation. On December 19, 2013, the Yosemite Legal Office filed a Notice of Probation Violation with the Court alleging CALLIS had Failed to Obey All Laws. On February 25, 2014, CALLIS appeared on the Probation Violation and entered a Denial of the allegations. Review Hearings were

scheduled for June 24, 2014, October 7, 2014, and November 4, 2014. The final Review Hearing was rescheduled to November 18, 2014. On November 18, 2014, the Yosemite Legal Office filed a Notice of Probation Violation with the Court alleging CALLIS had failed to complete the ordered DMV DUI course. On November 18, 2014, CALLIS appeared in Court and requested an additional month to provide proof of completion. The Yosemite Legal Office was provided proof of completion on December 12, 2014. CALLIS has also been in full compliance with the other terms of his probation. For these reasons, the Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Probation Hearing on December 17, 2014.

Dated: December 15, 2014

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**ORDER**

Good cause appearing, the Notice of Probation Violation is retracted and the December 17, 2014, hearing is vacated in Case NO. 6:13-mj-108-MJS.

IT IS SO ORDERED.

Dated:   December 15, 2014          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE